UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN (MADISON)

In Re: **Tiana Jean Cole aka Darden, Debtor.**

Case No. 3-19-12024-cjf
Chapter 7

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

Nationstar Mortgage LLC d/b/a Mr. Cooper has filed papers with the court to obtain relief from the automatic stay and abandonment.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the requested relief, or if you want the court to consider your views on the motion, then on or before **July 5, 2019**, you or your attorney must:

[File with the court a written request for hearing {*or, if the court requires a written response*, an answer, explaining your position} at:

United States Bankruptcy Court
Western District of Wisconsin
120 N. Henry St., Room 340
Madison, WI 53703

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

BASS & MOGLOWSKY, S.C
501 West Northshore Drive, Suite 300
Milwaukee WI   53217
Attention:   Penny G. Gentges

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: June 20, 2019        Signature: _____

  Name:    Penny G. Gentges
  Address: BASS & MOGLOWSKY, S.C.
           501 West Northshore Drive
           Suite 300
           Milwaukee, WI   53217

*FDCPA NOTICE: Bass & Moglowsky, S.C. is a law firm/debt collector for the creditor in the above-referenced action. We are attempting to collect a debt and any information obtained from this communication will be used for that purpose.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN (MADISON)

In Re: **Tiana Jean Cole *aka* Darden, Debtor.**

Case No. **3-19-12024-cjf**
Chapter **7**

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

Nationstar Mortgage LLC d/b/a as Mr. Cooper (hereinafter "Creditor"), by its attorneys, Bass & Moglowsky, S.C., moves the Court, pursuant to 11 U.S.C. 362(d), for an order terminating, annulling, modifying, or conditioning the stay imposed by 11 U.S.C. 362(a) of the U.S. Bankruptcy Code, and further moves for abandonment pursuant to 11 U.S.C. 554(b), and alleges as follows:

1. Tiana Jean Cole aka Darden (hereinafter "Debtor",) filed a petition under Chapter 7 of the U.S. Bankruptcy Code on June 12, 2019, and Brenda L. Zeddun has been appointed trustee.

2. On January 15, 2016, Debtor, as Tiana J. Cole, executed a Note for a loan of $144,620.00. Payments under said Note are secured by a Mortgage encumbering certain real property located at 905 N. HIGH ST, FORT ATKINSON, WISCONSIN 53538. A copy of the Note and Mortgage will be filed via CM/ECF simultaneously with this Motion as Exhibit A. Copies of the documents are available on request to counsel for the Creditor.

3. Debtor defaulted on said obligation.

4. Grounds for relief from the automatic stay and abandonment pursuant to 11 U.S.C. Sections 362 and 554(b) are:

   a. Creditor has not been afforded adequate protection for its interest in the property in that the Debtor has failed to pay the monthly contract payments when due, as follows:

| Number of Missed Payments | From | To | Principal and Interest | Escrow (if applicable) | Monthly Payment Amount | Total Amounts |
|---|---|---|---|---|---|---|
| 3 | 1/1/2019 | 3/1/2019 | 690.44 | 307.36 | 997.80 | 2,993.40 |
| 3 | 4/1/2019 | 6/1/2019 | 690.44 | 456.91 | 1,147.35 | 3,442.05 |
|  |  |  |  |  |  |  |
| Less post-petition partial payments (suspense balance): | | | | | | ($ 0.00) |

**Total: $6,435.45**

In addition, monthly payment obligations will continue to accrue under the terms of the Note.

    b.    The Debtor has no equity in the property. The estimated property value, according to Debtor's Schedule A/B, is $134,000.00. See Exhibit B. As of June 17, 2019, the unpaid principal balance, together with accrued interest, advances (property taxes, insurance) and less suspense account or partial balance paid, was $142,991.19. The property is not necessary to an effective reorganization.

    c.    **According to the Statement of Intentions, the Debtor intends to surrender the property. See Exhibit C.**

    5.    The Debtor is in possession of the property; further, Creditor's interest in said property is decreasing in value.

    6.    Creditor requests that the Court also order that Rule 4001(a)(3) is not applicable, allowing Creditor to immediately enforce and implement its order granting relief from the automatic stay.

    7.    Creditor further requests that the trustee be ordered to abandon the estate's interest in the encumbered property pursuant to 11 U.S.C. 554(b). For the reasons set forth above, the encumbered property is of inconsequential value to the estate.

    8.    Further, the Creditor requests that any order granting relief set forth that Creditor may take such actions with respect to the real property as are set forth under applicable non-bankruptcy law, including foreclosure, modifications, short sales, deed in lieu, and other loss mitigation options.

    9.    Attached are redacted copies of any documents that support the claim, such as promissory note, purchase orders, invoices, itemized statements of running accounts, contracts,

judgments, mortgages, and security agreements in support of the right to seek relief from the automatic stay, and foreclose if necessary.

10. Creditor's costs and fees associated with this motion are $931.00 [$750.00 fees and $181.00 costs].

Dated: June 20, 2019.

BASS & MOGLOWSKY, S.C.,
Attorneys for Creditor

By _____
Penny G. Gentges

P. O. Address:
501 West Northshore Drive, Suite 300
Milwaukee, Wisconsin  53217
Telephone:  (414) 228-6700

*FDCPA NOTICE: Bass & Moglowsky, S.C. is a law firm/debt collector for the creditor in the above-referenced action. We are attempting to collect a debt and any information obtained from this communication will be used for that purpose.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN (MADISON)

In Re: **Tiana Jean Cole aka Darden, Debtor.**

Case No. 3-19-12024-cjf
Chapter 7

## AFFIDAVIT OF SERVICE

STATE OF WISCONSIN  )
                    ) ss.
MILWAUKEE COUNTY    )

The undersigned, being first duly sworn upon oath, says that on June 20, 2019, your affiant served a copy of the annexed NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT on the attorney(s) and/or parties listed below electronically if the party accepts electronic service through CM/ECF, or by mailing said copy to their last known address, with postage prepaid and affiant's return address properly placed on the envelope:

**Tiana Jean Cole**
**1521 Commonwealth Dr., Apt. 15**
**Fort Atkinson, WI 53538**

**ALL PARTIES ON ATTACHED MAILING MATRIX**

Chad L. Schomburg
by CM/ECf

Brenda L. Zeddun
Chapter 7 Trustee by CM/ECF

_____

SUBSCRIBED and sworn to
before me on June 20, 2019.

_____
Notary Public
Milwaukee County, Wisconsin
My Commission is permanent.

*FDCPA NOTICE: Bass & Moglowsky, S.C. is a law firm/debt collector for the creditor in the above-referenced action. We are attempting to collect a debt and any information obtained from this communication will be used for that purpose.*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0758-3<br>Case 3-19-12024-cjf<br>Western District of Wisconsin<br>Madison<br>Mon Jun 17 16:01:01 CDT 2019 | Attorney Steven W. Hoglowsky<br>501 W. Northshore Drive #300<br>Milwaukee, WI 53217-4541<br>(crossed out) | Best Buy Credit Services<br>PO Box 790441<br>Saint Louis, MO 63179-0441 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Tiana Jean Cole<br>1521 Commonwealth Dr., Apt. 15<br>Fort Atkinson, WI 53538-3121 | Department of Education/Nelnet<br>Attn: Claims<br>Po Box 82505<br>Lincoln, NE 68501-2505 |
| IRS - Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Department of the Treasury<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (c)JEFFERSON COUNTY CLERK OF COURT<br>311 S CENTER AVE<br>JEFFERSON WI 53549-1799 |
| Mr. Cooper<br>Attn: Bankruptcy<br>Po Box 619098<br>Dallas, TX 75261-9098 | Nationstar Mortgage LLC<br>d/b/a Mr. Cooper<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 | Personal Finance Co Ll<br>2228 Humes Rd.<br>Ste. 1<br>Janesville, WI 53545-0202 |
| Chad L. Schomburg<br>Debt Advisors, S.C.<br>2600 North Mayfair Road, Suite 700<br>Milwaukee, WI 53226-1314 | Secretary of Treasury<br>Treasury Department<br>1500 Pennsylvania Avenue N.W.<br>Washington, DC 20220-0001 | Securities and Exchange Commission<br>175 West Jackson Boulevard<br>Suite 900<br>Chicago, IL 60604-2908 |
| Slumberland Furniture<br>1645 N Spring Street<br>Beaver Dam, WI 53916-1194 | Special Procedures Unit<br>Wisconsin Department of Revenue<br>PO Box 8901<br>Madison, WI 53708-8901 | Summit Credit Union<br>Attn: Bankruptcy<br>Po Box 8046<br>Madison, WI 53708-8046 |
| Synchrony Bank/Care Credit<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | U.S. Trustee's Office<br>780 Regent Street, Suite 304<br>Madison, WI 53715-2635 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 |
| Brenda L. Zeddun<br>Law Advisors, S.C.<br>2801 International Lane, Suite 205<br>Madison, WI 53704-3152 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| Jefferson County Clerk of Court<br>320 S Main St<br>Jefferson, WI 53549-1799 | End of Label Matrix<br>Mailable recipients   21<br>Bypassed recipients    0<br>Total                  21 |